PHILLIP A. TALBERT
United States Attorney
STEPHANIE STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUBEN CERVANTEZ,<br><br>Defendant. | Case No. 1:22-cr-115-JLT-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   January 11, 2023<br>Time:  2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant

Federal Defender Erin Snider, counsel for Ruben Cervantez, that the status conference currently

scheduled for January 11, 2023, at 2:00 p.m. may be continued to February 28, 2023, at 2:00

p.m.

//


//


//

1   Counsel for defendant requests additional time to review discovery and the Petition,

2   conduct further investigation and research, and discuss a potential resolution with the

3   government and United States Probation. The government is unavailable on January 11, 2023

4   and thus does not oppose the continuance.

5

6   Respectfully submitted,

7
    PHILLIP A. TALBERT
8   United States Attorney

9   Date: December 29, 2022          */s/ Stephanie Stokman*
                                       STEPHANIE STOKMAN
10                                     Assistant United States Attorney
                                       Attorney for Plaintiff
11

12

13                                     HEATHER E. WILLIAMS
                                       Federal Defender
14

15  Date: December 29, 2022          */s/ Erin Snider*
                                       ERIN SNIDER
16                                     Assistant Federal Defender
                                       Attorney for Defendant
17                                     RUBEN CERVANTEZ

18

19

20  **O R D E R**

21  **IT IS SO ORDERED.** The status conference currently scheduled for January 11, 2023,

22  at 2:00 p.m. is hereby continued to February 28, 2023, at 2:00 p.m. before the duty magistrate

23  judge. The defendant is ordered to appear.

24

25  IT IS SO ORDERED.

26  Dated:  **December 29, 2022**

27                                     _____
                                       UNITED STATES MAGISTRATE JUDGE

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28