1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RUBEN CERVANTEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:22-cr-00115-JLT

12            Plaintiff,                 **STIPULATION TO CONTINUE STATUS
                                          CONFERENCE; ORDER**
13  vs.
                                         Date:  March 29, 2023
14  RUBEN CERVANTEZ,                     Time:  2:00 p.m.
                                         Judge: Hon. Sheila K. Oberto
15            Defendants.

16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant

19  Federal Defender Erin Snider, counsel for Ruben Cervantez, that the Court may continue the

20  status conference currently scheduled for February 28, 2023, at 2:00 p.m. to March 29, 2023, at

21  2:00 p.m.

22        Counsel for defendant requires additional time to consult with her client, conduct

23  necessary investigation regarding the allegations in the petition, and discuss a potential

24  resolution with the government and the probation officer. The government does not oppose a

25  continuance and is available for a status conference on March 29, 2023.

26  / / /

27  / / /

28  / / /

                                         Respectfully submitted,

1

2
                                    PHILLIP A. TALBERT
                                    United States Attorney

3

4   Date: February 15, 2023        */s/ Stephanie Stokman*
                                    STEPHANIE STOKMAN
5                                   Assistant United States Attorney
                                    Attorney for Plaintiff

6

7                                   HEATHER E. WILLIAMS
                                    Federal Defender

8

9   Date: February 15, 2023        */s/ Erin Snider*
                                    ERIN SNIDER
10                                  Assistant Federal Defender
                                    Attorney for Defendant
11                                  RUBEN CERVANTEZ

12

13

14                          **O R D E R**

15       **IT IS SO ORDERED.** The status conference currently scheduled for February 28, 2023,

16   at 2:00 p.m. is hereby continued to March 29, 2023, at 2:00 p.m. Then defendant is ordered to

17   appear.

18
    IT IS SO ORDERED.
19
    Dated:   **February 15, 2023**
20                                  _____
                                    UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28