1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RUBEN CERVANTEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:22-cr-00115-JLT

12         Plaintiff,                    **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**

13  vs.
                                         Date:  May 3, 2023
14  RUBEN CERVANTEZ,                     Time:  2:00 p.m.
                                         Judge: Hon. Erica P. Grosjean
15         Defendant.

16

17      IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant

19  Federal Defender Erin Snider, counsel for Ruben Cervantez, that the Court may continue the

20  status conference currently scheduled for March 29, 2023, at 2:00 p.m. to May 3, 2023, at 2:00

21  p.m.

22      Counsel for defendant requires additional time to consult with her client, conduct

23  necessary investigation regarding the allegations in the petition, and discuss a potential

24  resolution with the government and the probation officer. The government does not oppose a

25  continuance and is available for a status conference on May 3, 2023.

26  / / /

27  / / /

28  / / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 23, 2023       */s/ Stephanie Stokman*
                           STEPHANIE STOKMAN
                           Assistant United States Attorney
                           Attorney for Plaintiff


                           HEATHER E. WILLIAMS
                           Federal Defender

Date: March 23, 2023       */s/ Erin Snider*
                           ERIN SNIDER
                           Assistant Federal Defender
                           Attorney for Defendant
                           RUBEN CERVANTEZ


**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for March 29, 2023, at 2:00 p.m. is hereby continued to May 3, 2023, at 2:00 p.m.


Date: March 24, 2023       *Sheila K. Oberto*
                           Hon. Sheila K. Oberto
                           United States District Judge