1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RUBEN CERVANTEZ
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | Case No. 1:22-cr-00115-JLT
12 |              Plaintiff,         | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**
13 | vs.                             |
   |                                 | Date:  June 7, 2023
14 | RUBEN CERVANTEZ,                | Time:  2:00 p.m.
   |                                 | Judge: Hon. Barbara A. McAuliffe
15 |              Defendant.         |

16

17     IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Special Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and

19 Assistant Federal Defender Erin Snider, counsel for Ruben Cervantez, that the Court may

20 continue the status conference currently scheduled for May 3, 2023, at 2:00 p.m. to June 7, 2023,

21 at 2:00 p.m.

22     Counsel for defendant requires additional time to consult with her client, conduct

23 necessary investigation regarding the allegations in the petition, and discuss a potential

24 resolution with the government and the probation officer. The government does not oppose a

25 continuance and is available for a status conference on June 7, 2023.

26 / / /

27 / / /

28 / / /

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | PHILLIP A. TALBERT<br>United States Attorney |

Date: April 25, 2023             */s/ Chan Hee Chu*
                                 CHAN HEE CHU
                                 Special Assistant United States Attorney
                                 Attorney for Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender


Date: April 25, 2023             */s/ Erin Snider*
                                 ERIN SNIDER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 RUBEN CERVANTEZ


### **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for May 3, 2023, at 2:00 p.m. is hereby continued to **June 7, 2023, at 2:00 p.m. before Magistrate Judge Stanley A. Boone.**

IT IS SO ORDERED.

   Dated:   **April 25, 2023**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE